UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEHMANN, | NO. SACV 16-490-JVS (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| JEFFREY BEARD, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: May 17, 2018

JAMES V. SELNA
United States District Judge